**DISMISS; and Opinion Filed August 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00374-CV

**SALLY J. FAGGETT, Appellant**
**V.**
**CITIBANK, N.A., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14033**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. In a letter dated June 25, 2014, we notified appellant that the Dallas County District Clerk informed the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to file, within ten days of the date of our letter, written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if we did not receive the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation regarding the status of the clerk's record nor has she otherwise corresponded with the Court regarding her appeal.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

140374F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SALLY J. FAGGETT, Appellant

No. 05-14-00374-CV     V.

CITIBANK, N.A., Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-14033.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CITIBANK, N.A. recover its costs of this appeal, if any, from appellant SALLY J. FAGGETT.

Judgment entered this 5th day of August, 2014.